**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JARELL D. TERRY**                                                           **PLAINTIFF**
**ADC #149998C**

**v.**                                    **No. 2:20-cv-79-DPM**

**GREGORY RECHCIGL, Director
of Health Services, ADC,** *et al.*                          **DEFENDANTS**

**JUDGMENT**

Terry's second amended complaint is dismissed without prejudice.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

<u>30 June 2020</u>